United States District Court
Southern District of Texas
**ENTERED**
January 15, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| DANIEL LOPEZ, JR., *et al*, § § Plaintiffs, § VS. § WELLS FARGO BANK, N.A., § § Defendant. § | CIVIL ACTION NO. 5:18-CV-44 |

## ORDER

For the reasons stated in the Court's Memorandum and Order dated January 14, 2020, it is hereby **ORDERED** and **ADJUDGED** that:

1. Defendant's Motion for Summary Judgment (Dkt. No. 19) is **GRANTED**.

2. This case and all of Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** January 15, 2020.

Marina Garcia Marmolejo
United States District Judge